IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: **ERNESTINE ROBINSON,** Debtor. _____ **ERNESTINE ROBINSON**, *individually and on behalf of a class of similarly situated individuals,* Plaintiff, v. **PORANIA LLC,** And **BILTMORE ASSET MANAGEMENT, LLC**, Defendants. | Case No. 16-30817-KLP (Chapter 13) Adv. Pro. No. 17-03023-KLP |

## CONSENT ORDER

UPON CONSIDERATION of the Consent Motion to Stay Proceedings Pending Settlement Discussions/Mediation (the "Consent Motion") filed by Defendant Porania LLC, and with the consent of Plaintiff Ernestine Robinson ("Plaintiff") and Defendant Biltmore Asset Management, LLC ("Biltmore"), it is now hereby

ORDERED that the Consent Motion is GRANTED; and

FURTHER ORDERED that all proceedings and deadlines in this action are STAYED for sixty (60) days; and

| | | |
|---|---|---|
| Emily Connor Kennedy (VSB #83889) Mark C. Leffler (VSB #40712) Boleman Law Firm, P.C. 2104 W. Laburnum Ave., Suite 201 Richmond, VA 23227 Telephone (804) 358-9900 Counsel for Plaintiff | Dale W. Pittman (VSB #15673) THE LAW OFFICE OF DALE W. PITTMAN, P.C. The Eliza Spotswood House 112-A West Tabb Street Petersburg, VA 23803 Telephone (804) 861-6000 Counsel for Plaintiff | Thomas D. Domonoske (VSB # 35434) Consumer Litigation Associates. P.C. 763 J. Clyde Morris Blvd., Suite 1A Newport News, VA  23601 Telephone (540)  442-7706 Counsel for Plaintiff |

FURTHER ORDERED that within five (5) days after the conclusion of such 60-day period, the Parties shall file a joint report with the Court as to the status of this matter.

Date: Jun 23 2017

/s/ Keith L. Phillips
United States Bankruptcy Judge

Entered on Docket: Jun 23 2017

**WE ASK FOR THIS**:

*/s/ Bizhan Beiramee*
Bizhan Beiramee, Esq.
BEIRAMEE & SABOURA, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
(301) 547-3805
(703) 483-9599 Fax
bbeiramee@beiramee.com
*Counsel for Porania LLC*

And

*/s/ Dale W. Pittman, Esq.*
Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
*Counsel for Plaintiff*

And

*/s/ Mark C. Leffler, Esq.*
Mark C. Leffler, Esq.
Emily Connor Kennedy, Esq.
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230
*Counsel for Plaintiff*

And

*/s/ Thomas Domonoske, Esq.*
Thomas Domonoske, Esq.
Consumer Litigation Associates
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
*Counsel for Plaintiff*

And

*/s/ Laura E.K. Musick*
Laura E. K. Musick, Esq.
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
*Counsel for Defendant Biltmore Asset Management LLC*

## LOCAL RULE 9022-1(C) CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing Order has been endorsed by or served upon all necessary parties.

                                                */s/* Mark C. Leffler
                                                Mark C. Leffler, Esq.
                                                Counsel for Ernestine Robinson

## PARTIES TO RECEIVE COPIES

Porania LLC
c/o Bizhan Beiramee, Esq.
Beiramee & Saboura, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814

Ernestine Robinson
c/o Mark C. Leffler, Esq.
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588

Biltmore Asset Management, LLC
c/o Laura E. K. Musick, Esq.
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219