IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:<br><br>**ERNESTINE ROBINSON,**<br>Debtor.<br><br>**ERNESTINE ROBINSON**, *individually and on behalf of a class of similarly situated individuals,*<br>Plaintiff,<br>v.<br><br>**PORANIA LLC,**<br>And<br>**BILTMORE ASSET MANAGEMENT, LLC**,<br>Defendants. | Case No. 16-30817-KLP<br>(Chapter 13)<br><br><br><br><br><br><br>Adv. Pro. No. 17-03023-KLP |

## STIPULATED JOINT REPORT

Pursuant to this Court's Consent Order, entered on June 23, 2017, the Parties file this joint report regarding the status of settlement discussions.

The Defendants have furnished Plaintiff's counsel information under the Protective Order entered on August 18, 2017, and that information is being analyzed to determine whether settlement is viable.

Therefore, the parties seek 45 more days to determine if the remaining issues can be resolved.

**WE PRESENT THIS**:

 /s/ Mark C. Leffler
Mark C. Leffler, Esq.
Emily Connor Kennedy, Esq.
Boleman Law Firm, P.C.
P.O. Box 11588

1

Richmond, VA 23230
*Counsel for Plaintiff*

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
*Counsel for Plaintiff*

Thomas Domonoske, Esq.
Consumer Litigation Associates
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
*Counsel for Plaintiff*


*/s/ Laura E. K. Musick*_____
Laura E. K. Musick, Esq.
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
*Counsel for Defendant Biltmore Asset Management LLC*

*/s/ Bizhan Beiramee*_____
Bizhan Beiramee, Esq., VSB 50918
BEIRAMEE LAW GROUP, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
(301) 547-3805
(703) 483-9599 Fax
bbeiramee@beiramee.com
*Counsel for Porania LLC*