# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE: <br><br> **ERNESTINE ROBINSON,** <br><br> Debtor. <br><hr> **ERNESTINE ROBINSON**, *individually and on behalf of a class of similarly situated individuals,* <br><br> Plaintiff, <br> v. <br><br> **PORANIA LLC,** <br><br> And <br><br> **BILTMORE ASSET MANAGEMENT, LLC**, <br><br> Defendants. | Case No. 16-30817-KLP <br> (Chapter 13) <br><br><br><br><br><br> Adv. Pro. No. 17-03023-KLP |

## PORANIA'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT

Defendant Porania LLC ("Porania"), by counsel, in consideration of the U.S. Supreme Court's decision in *Midland Funding, LLC v. Johnson*, 137 S. Ct. 1407, 197 L. Ed. 2d 790 (2017), hereby submits this Supplemental Briefing to its motion to dismiss the Amended Complaint filed by Plaintiff Ernestine Robinson. *See* ECF 27, 28.

In addition to its previous arguments, Porania wholly adopts and ***incorporates by reference*** the Supplemental Briefing filed by Co-Defendant Biltmore Asset Management, LLC, which arguments apply equally to Porania. *See* ECF 52. As indicated therein, the Supreme Court's decision in *Midland Funding, LLC v. Johnson*, 137 S. Ct. 1407, 197 L. Ed. 2d 790 (2017),

1

2

precludes application of Plaintiff's claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, in the context of this Chapter 13 bankruptcy.

WHEREFORE, Porania respectfully requests that the Court grant its Motion to Dismiss the Amended Complaint; dismiss the Amended Complaint as against Porania ***with prejudice***; and grant such other relief as the Court deems just and proper.

Dated: October 17, 2017                                       Respectfully submitted,

**PORANIA LLC**
*By Counsel*

By:     */s/ Bizhan Beiramee*
Bizhan Beiramee, Esq. (VSB #50918)
Beiramee Law Group, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
Email: bbeiramee@beiramee.com
Phone: (301) 547-3805
Fax: (703) 483-9599
*Counsel for Porania LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2017, I electronically filed the foregoing Supplemental Briefing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following counsel of record:

Mark C. Leffler, Esq.
Emily Connor Kennedy, Esq.
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230
*Counsel for Plaintiff*

Thomas Domonoske, Esq.
Consumer Litigation Associates
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
*Counsel for Plaintiff*

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
*Counsel for Plaintiff*

Rachael L. Loughlin, Esq.
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
*Counsel for Defendant Biltmore Asset Management LLC*

*/s/ Bizhan Beiramee*
Bizhan Beiramee, Esq. (VSB #50918)
Beiramee Law Group, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
Email: bbeiramee@beiramee.com
Phone: (301) 547-3805
Fax: (703) 483-9599
*Counsel for Porania LLC*